1  BARRY J. PORTMAN
   Federal Public Defender
2  REBECCA SULLIVAN SILBERT
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant LILLY
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   No. 4-06-70440 WDB
                                     )
12              Plaintiff,            )   **ORDER MODIFYING JEANNE LILLY'S**
                                     )   **BOND TO PERMIT TRAVEL TO THE**
13  vs.                              )   **EASTERN DISTRICT OF CALIFORNIA**
                                     )
14  JEANNE LILLY,                    )
                                     )
15              Defendant.            )
                                     )
16  _____

17      Ms. Lilly initially appeared before the Court on July 13, 2006; she was released on an

18  unsecured bond the same day. The bond restricted her travel to the Northern District of

19  California, but Ms. Lilly's family lives in the Eastern District of California. The government

20  and Pretrial Services do not object to modifying Ms. Lilly's bond to allow travel in the Eastern

21  District of California. Therefore, IT IS HEREBY ORDERED that Jeanne Lilly's bond is

22  modified to allow travel to the Eastern District of California.

23  Date:  July 19, 2006

24

25                                          _____
                                            Honorable Wayne D. Brazil
26                                          Magistrate Judge, Northern District of California

    *IT IS SO ORDERED*
    /s/ Wayne D. Brazil
    Judge Wayne D. Brazil

    Bond Modification Order, 4-06-70440        1