BARRY J. PORTMAN
Federal Public Defender
REBECCA SULLIVAN SILBERT
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant LILLY

**FILED**

JUL 28 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>JEANNE LILLY,<br><br>　　　　　　　Defendant. | No. ~~CR~~-4-06-70440 WDB<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER CONTINUING DATE FOR<br>PRELIMINARY HEARING OR<br>ARRAIGNMENT FOR JEANNE LILLY<br><br>Current Date: August 2, 2006<br>Requested Date: September 7, 2006 |

Jeanne Lilly initially appeared before the Court on July 13, 2006. On that date the preliminary hearing or arraignment was set for August 2, 2006. Undersigned counsel has been appointed for Ms. Lilly, has requested discovery, and has been communicating with the government about an early resolution that may make proceeding by indictment unnecessary. The parties believe that such a resolution will be possible. However, discovery has not been provided, and the parties do not expect that any agreement will be reached by August 2. Therefore, the parties stipulate and agree that the date for preliminary hearing or arraignment be continued to September 7, 2006.

Ms. Lilly has a right under Federal Rule of Criminal Procedure 5.1 to a preliminary hearing or indictment within 20 days. Ms. Lilly and counsel have discussed that right, and Ms.

cc: WDB's Stats, Agrees to parties via ECF

Stip. to Continue PX, 4-06-70440                                                                                     1

Lilly desires to waive that right. Good cause for the extension exists because of the delay in discovery, and because of the continuing discussions between Ms. Lilly and the government. In addition, Ms. Lilly has a right under 18 U.S.C. § 3161(b) to be indicted within thirty days. Ms. Lilly and counsel have discussed that right, and Ms. Lilly desires to exclude time between August 2, 2006 and September 7, 2006 under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) because of the continuing discussions and delay in discovery, which have delayed the effective preparation of counsel. The parties stipulate that the ends of justice served by the granting of this continuance outweigh the best interests of the public and Ms. Lilly in a speedy indictment and trial.

SO STIPULATED.               /S/

Date: July 24, 2006
_____
Rebecca Silbert
Assistant Federal Public Defender
Counsel for Ms. Lilly

                             /S/

Date: July 27, 2006
_____
George Bevan
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

In light of the stipulation of the parties, and because of the ongoing discussions and delay in discovery, the Court HEREBY ORDERS that the date for preliminary hearing or arraignment, as applied to Jeanne Lilly, be continued to September 7, 2006. The Court further orders that time be excluded from August 2, 2006 to September 7, 2006 pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), and finds that the ends of justice served by granting the continuance outweigh the best interests of the public and Ms. Lilly in a speedy indictment and trial. The Court further finds that the continuance is necessary for effective preparation of counsel, taking into account the exercise of due diligence, because of the ongoing discussions and delay in discovery.

Dated: 7/28/06

_____
Honorable Wayne D. Brazil
Magistrate Judge, United States District Court
Northern District of California