BARRY J. PORTMAN
Federal Public Defender
REBECCA SULLIVAN SILBERT
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant LILLY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JEANNE LILLY, ) <br> ) <br> Defendant. ) <br> _____) | No. 4-06-70440 WDB <br><br> STIPULATION AND ORDER CONTINUING DATE FOR PRELIMINARY HEARING OR ARRAIGNMENT FOR JEANNE LILLY <br><br> Current Date: September 7, 2006 <br> Requested Date: October 19, 2006 |

Jeanne Lilly is scheduled to appear for preliminary hearing or arraignment on September 7, 2006. The parties have reached a resolution of this matter, but the plea agreement must be approved by Washington, D.C.. This approval process is generally slow, and approval will not be obtained by September 7. Therefore, the parties stipulate and agree, and respectfully request, that the date for preliminary hearing or arraignment be continued to October 19, 2006.

Ms. Lilly has a right under Federal Rule of Criminal Procedure 5.1 to a preliminary hearing or indictment within 20 days. Ms. Lilly and counsel have discussed that right, and Ms. Lilly desires to waive that right. Good cause for the extension exists because of the delay in receiving approval for the plea agreement. In addition, Ms. Lilly has a right under 18 U.S.C. § 3161(b) to be indicted within thirty days. Ms. Lilly and counsel have discussed that right, and

1  Ms. Lilly desires to exclude time between September 7, 2006 and October 19, 2006 under 18

2  U.S.C. § 3161(h)(8)(A) and (B)(iv) because of the delay in approval.  In addition, counsel for

3  Ms. Lilly will be out of town on September 28 and 29, out of the state from October 6 through

4  the 13th, and has a Ninth Circuit argument on October 17.  These scheduling issues will make

5  counsel unavailable, and therefore provide another basis for excluding time.  The parties

6  stipulate that the ends of justice served by the granting of this continuance outweigh the best

7  interests of the public and Ms. Lilly in a speedy indictment and trial.

8  SO STIPULATED.                                  /S/

9  Date:   9/05/06

10                                                          Rebecca Silbert
                                                           Assistant Federal Public Defender
                                                           Counsel for Ms. Lilly
11
                                                            /S/
12 Date:   9/06/06

                                                           George Bevan
13                                                         Assistant United States Attorney

14 I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

15
        In light of the stipulation of the parties, and because of the counsel's unavailability and
16
the delay in the plea agreement, the Court HEREBY ORDERS that the date for preliminary
17
hearing or arraignment, as applied to Jeanne Lilly, be continued to October 19, 2006.  The Court
18
further orders that time be excluded from September 7, 2006 to October 19, 2006, pursuant to 18
19
U.S.C. § 3161(h)(8)(A) and (B)(iv), and finds that the ends of justice served by granting the
20
continuance outweigh the best interests of the public and Ms. Lilly in a speedy indictment and
21
trial.  The Court further finds that the continuance is necessary for effective preparation of
22
counsel because of the delay in the plea agreement, and for continuity of counsel because of
23
counsel's unavailability.
24
Dated: September 6, 2006
25                                                         _____
                                                           Honorable
26                                                         Magistrate, United States District Court
                                                           Northern District of California

                                                           IT IS SO ORDERED
                                                           Judge Wayne D. Brazil

Stip. to Continue PX to 10/19, 4-06-70440          2